UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHEN GIANNAROS,<br><br>     Plaintiff,<br><br>  v.<br><br>EATSTREET, INC.,<br><br>     Defendant. | Civil Action No. 1:20-cv-10013 |

## NOTICE OF SETTLEMENT

COMES NOW Plaintiff, by and through his undersigned counsel, and hereby advises this Honorable Court he has reached an agreement in principle with Defendant, EatStreet, Inc. The parties are finalizing settlement and dismissal documents, and expect to file the dismissal papers within twenty (30) days.

*/s/ Jason M. Leviton*
Jason M. Leviton (BBO# 678331)
Block & Leviton LLP
155 Federal Street, Suite 400
Boston, MA 02110
Phone: (617) 398-5600
jason@blockesq.com

Kevin W. Tucker
R. Bruce Carlson
Carlson Lynch, LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
T. (412) 322-9243

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I, Jason M. Leviton, hereby certify that on March 12, 2020, I caused a true and correct copy of foregoing *Notice of Settlement* to be filed electronically and served via the Court's ECF system.

Respectfully Submitted,

By:  */s/ Jason M. Leviton*
Jason M. Leviton (BBO# 678331)
Block & Leviton LLP
155 Federal Street, Suite 400
Boston, MA 02110
Phone: (617) 398-5600
jason@blockesq.com