IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHEN GIANNAROS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>EATSTREET, INC.,<br><br>　　　　　　Defendant. | Civil Action No. 1:20-cv-10013 |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiff, Stephen Giannaros, hereby voluntarily dismisses with prejudice her claims against the Defendant, EatStreet, Inc.

Dated: April 30, 2020　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　BLOCK & LEVITON LLP

　　　　　　　　　　　　　　　　　　　By:　*Jason M. Leviton*
　　　　　　　　　　　　　　　　　　　　　Jason M. Leviton (BBO No. 678331)
　　　　　　　　　　　　　　　　　　　　　260 Franklin Street, Suite 1860
　　　　　　　　　　　　　　　　　　　　　Boston, MA 02110
　　　　　　　　　　　　　　　　　　　　　Tel.: (617) 398-5600
　　　　　　　　　　　　　　　　　　　　　jason@blockesq.com


　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff Stephen Giannaros*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Dismissal was filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on April 30, 2020.

　　　　　　　　　　　　　　　　　　　*/s/ Jason M. Leviton*

　　　　　　　　　　　　　　　　　　　Jason M. Leviton